UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT R. POLISI, II,

    Plaintiff,

v().                                      CASE NO. 8:25-cv-1814-SDM-AEP

SHERIFF GRADY JUDD, et al.,

    Defendant.
_____/

## ORDER

Appearing *pro se*, Vincent R. Polisi II sues (Doc. 3) fifteen defendants, moves (Doc. 8) to proceed *in forma pauperis*, and moves (Doc. 11) for appointment of a special master and outside investigator. In a thorough report the magistrate judge recommends denying the motion to proceed in forma pauperis, dismissing the amended complaint, and denying as moot the motion for appointment of special master and outside investigator. No objection to the report and recommendation appears.

As the report and recommendation explains, this action is an expansion of an earlier action dismissed because of judicial immunity and *Younger* abstention. *Polisi v. Flynn, et al.*, No. 8:25-cv-1290-TPB-AAS. Because the plaintiff's claims are again barred by judicial immunity and subject to *Younger* abstention, the report and recommendation is **ADOPTED**. The motion to proceed *in forma pauperis* is **DENIED AS MOOT**. Because further amendment appears futile and wasteful, the action is

- 2 -

**DISMISSED**. The motion for appointment of special master and outside investigator is **DENIED AS MOOT**. The clerk must close the case.

ORDERED in Tampa, Florida, on October 20, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE